We have reviewed all of the claims of error. We hold that the evidence is sufficient under *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979); that there was no constitutional deprivation; and that there was no error in the trial court that warrants reversal or a new trial.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 2, 1994 —
RECONSIDERATION DENIED MAY 26, 1994.

Freddie L. Willis, Jr., *pro se.*

*Lindsay A. Tise, Jr., District Attorney, Michael J. Bowers, Attorney General, Susan V. Boleyn, Senior Assistant Attorney General, Rachelle L. Strausner, Assistant Attorney General,* for appellee.

S94A0663, S94A0665, S94A0666, S94X0664. BARANAN et al. v. LESLIE et al.; and vice versa.
(444 SE2d 325)

HUNT, Chief Justice.

Our review of the record demonstrates that the thorough, comprehensive and well-reasoned order of the trial court is fully supported by the evidence and no enumeration of error has any merit.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 2, 1994 —
RECONSIDERATION DENIED MAY 26, 1994.

Aaron S. Baranan, *pro se.*

*Neely & Player, Lewis E. Hassett, Scott P. Hilsen, G. Phillip Bramlett, Wendell K. Willard,* for appellees.

S94A0031. HODGES v. THE STATE.
(442 SE2d 739)

THOMPSON, Justice.

John Hodges was convicted of felony murder and the underlying

---

The notice of appeal in the present case was filed on November 8, 1993, and docketed in this Court on November 24, 1993. The case was submitted for decision on briefs on January 7, 1994.